**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| **DAN RIVER INC., *et al.*** | ) | **Case Nos. 04-10990 through 04-10993**<br>**Jointly Administered** |
| **Debtors.** | ) | **Judge Drake** |
| **DAN RIVER INC.,** | ) | |
| | ) | **Adversary Proceeding No. 05-______** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **UNIFI MANUFACTURING, INC.,** | ) | |
| **Defendant.** | ) | |

**COMPLAINT FOR AVOIDANCE AND**
**RECOVERY OF PREFERENTIAL TRANSFERS**

Dan River Inc. ("Plaintiff") files this Complaint to avoid and recover preferential transfers and alleges as follows:

**JURISDICTION AND VENUE**

1. On March 31, 2004 (the "Petition Date"), Plaintiff filed its petition for relief under chapter 11 of the Bankruptcy Code. Plaintiff's chapter 11 bankruptcy case was docketed and remains pending in this Court as Bankruptcy Case No. 04-10990-WHD. Plaintiff's bankruptcy case is being jointly administered with the chapter 11 bankruptcy cases of certain of Plaintiff's affiliates.

2. This adversary proceeding arises out of and is related to Plaintiff's chapter 11 bankruptcy case. This Court has jurisdiction over this adversary proceeding pursuant to

28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(F) and (O).

3. Venue of this adversary proceeding is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## STATEMENT OF PARTIES

4. Plaintiff is a corporation organized under the laws of the State of Georgia with its principal place of business in the State of Virginia and is a debtor in a chapter 11 bankruptcy case pending in this Court.

5. UNIFI Manufacturing, Inc. ("Defendant") is a corporation with its principal place of business in Greensboro, North Carolina.

6. Defendant may be served with process in this adversary proceeding by mailing a copy of the summons and complaint by first class United States mail, postage prepaid, to the attention of an officer of the Defendant at 7201 W. Friendly Avenue, Greensboro, NC 27410 or by such other means as may be permitted by Rule 7004 of the Federal Rules of Bankruptcy Procedure.

## COUNT ONE—AVOIDANCE OF PREFERENTIAL TRANSFERS

7. On or within 90 days before the Petition Date, Plaintiff made one or more transfers of an interest in its property by check, wire transfer, cash payment or other equivalent means recognized as a "transfer" under Section 101(54) of the Bankruptcy Code, in an aggregate amount not less than $1,085,824.00 (collectively, the "Transfers") directly to or for the benefit of the Defendant herein, including, without limitation, the Transfers more particularly identified on the schedules attached hereto as Exhibit A.

8. Defendant was a creditor of Plaintiff at the time the Transfers were made within the meaning of Section 101(10)(A) of the Bankruptcy Code.

9. The Transfers were made to or for the benefit of the Defendant as a creditor.

10. The Transfers were further made for or on account of an antecedent debt owed by Plaintiff before such Transfers were made.

11. Plaintiff was insolvent at all times during the 90 days prior to the Petition Date.

12. By reason of the Transfers, Defendant as a creditor received more than it would have received if Plaintiff's bankruptcy case was a case under chapter 7 of the Bankruptcy Code, the Transfers had not been made, and Defendant as creditor had received payment of such antecedent debt to the extent provided by the provisions of the Bankruptcy Code.

13. Therefore, the Transfers are avoidable under Section 547(b) of the Bankruptcy Code.

**COUNT TWO—RECOVERY OF PREFERENTIAL TRANSFERS**

14. Plaintiff incorporates each and every allegation contained in Paragraphs 1 through 13 above, as if fully set forth herein.

15. Section 550(a)(1) of the Bankruptcy Code provides that, to the extent that a transfer is avoided under Section 547 of the Bankruptcy Code, Plaintiff may recover, for the benefit of its estate, property transferred or, if this Court so orders, the value of such property from the initial transferee of such transfer or the entity for whose benefit such transfer was made.

16. The Transfers are avoidable pursuant to Section 547 of the Bankruptcy Code.

17. Defendant is the initial transferee of the Transfers or the entity for whose benefit the Transfers were made and, therefore, pursuant to Section 550(a)(1) of the Bankruptcy Code, Plaintiff may recover from Defendant the amount and value of the Transfers.

## RELIEF REQUESTED

WHEREFORE, Plaintiff prays that the Court will enter judgment in its favor as follows:

1. Providing that the Transfers be avoided and set aside pursuant to Section 547(b) of the Bankruptcy Code;

2. Providing that Plaintiff pursuant to Section 550(a)(1) of the Bankruptcy Code recover from Defendant not less than $1,085,824.00 as the amount and value of the Transfers, together with prejudgment interest thereon at the legal rate allowed under 28 U.S.C. § 1961 from the date hereof;

3. Providing for an award of costs to Plaintiff; and

4. Providing for such other and further relief as this Court may deem necessary and proper.

Dated: Atlanta, Georgia
May 12, 2005

Respectfully submitted,

KING & SPALDING LLP

/s/ Colin M. Bernardino

James A. Pardo, Jr.
Georgia Bar No. 561206
Jonathan W. Jordan
Georgia Bar No. 404874
Colin M. Bernardino
Georgia Bar No. 054879
Jennifer B. Satija
Georgia Bar No. 141370
191 Peachtree Street
Atlanta, Georgia 30303-1763
(404) 572-4600
Fax: (404) 572-5149

ATTORNEYS FOR THE PLAINTIFF

## EXHIBIT A

## THE TRANSFERS

| Vendor Name | Invoice Number | Inv Date | Net Inv Amt | Check #/Wire | Date Cleared |
|---|---|---|---|---|---|
| UNIFI MANUFACTURING, INC. | 2603232 | 17-Dec-03 | 24,459 | 738199 | 05-Jan-04 |
| UNIFI MANUFACTURING, INC. | 2603311 | 19-Dec-03 | 20,148 | 738199 | 05-Jan-04 |
| UNIFI MANUFACTURING, INC. | 2603518 | 02-Jan-04 | 8,772 | 738861 | 20-Jan-04 |
| UNIFI MANUFACTURING, INC. | 2603537 | 04-Jan-04 | 24,152 | 738861 | 20-Jan-04 |
| UNIFI MANUFACTURING, INC. | 2603639 | 06-Jan-04 | 24,298 | 739579 | 23-Jan-04 |
| UNIFI MANUFACTURING, INC. | 9962685 | 08-Jan-04 | 2,051 | 739579 | 23-Jan-04 |
| UNIFI MANUFACTURING, INC. | 2603725 | 08-Jan-04 | 22,623 | 739579 | 23-Jan-04 |
| UNIFI MANUFACTURING, INC. | 2603727 | 08-Jan-04 | 23,738 | 739579 | 23-Jan-04 |
| UNIFI MANUFACTURING, INC. | 2603717 | 08-Jan-04 | 25,273 | 739579 | 23-Jan-04 |
| UNIFI MANUFACTURING, INC. | 2603769 | 09-Jan-04 | 3,622 | 739579 | 23-Jan-04 |
| UNIFI MANUFACTURING, INC. | 2603835 | 12-Jan-04 | 24,614 | 739579 | 23-Jan-04 |
| UNIFI MANUFACTURING, INC. | 2603876 | 13-Jan-04 | 16,183 | 739579 | 23-Jan-04 |
| UNIFI MANUFACTURING, INC. | 2603924 | 14-Jan-04 | 25,184 | 740249 | 02-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604000 | 15-Jan-04 | 1,746 | 740249 | 02-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2603999 | 15-Jan-04 | 4,073 | 740249 | 02-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604015 | 16-Jan-04 | 24,745 | 740249 | 02-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604106 | 20-Jan-04 | 3,072 | 740843 | 05-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604147 | 20-Jan-04 | 16,418 | 740843 | 05-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604187 | 21-Jan-04 | 24,594 | 740843 | 05-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604250 | 22-Jan-04 | 24,798 | 741495 | 13-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604256 | 22-Jan-04 | 24,799 | 741495 | 13-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604275 | 23-Jan-04 | 24,520 | 741495 | 13-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604495 | 29-Jan-04 | 4,815 | 741495 | 13-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604478 | 29-Jan-04 | 16,254 | 741495 | 13-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604470 | 29-Jan-04 | 24,360 | 741495 | 13-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604528 | 30-Jan-04 | 24,585 | 741495 | 13-Feb-04 |
| UNIFI MANUFACTURING, INC. | 9963529 | 03-Feb-04 | 5,091 | 742177 | 20-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604726 | 04-Feb-04 | 16,206 | 742177 | 20-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604718 | 04-Feb-04 | 24,535 | 742177 | 20-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604904 | 10-Feb-04 | 24,634 | 742865 | 26-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2605004 | 11-Feb-04 | 2,217 | 742865 | 26-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2604968 | 11-Feb-04 | 25,208 | 742865 | 26-Feb-04 |
| UNIFI MANUFACTURING, INC. | 2605074 | 12-Feb-04 | 24,504 | 743606 | 05-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605149 | 15-Feb-04 | 15,669 | 743606 | 05-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605150 | 15-Feb-04 | 16,308 | 743606 | 05-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605151 | 15-Feb-04 | 24,597 | 743606 | 05-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605255 | 17-Feb-04 | 24,448 | 743606 | 05-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605343 | 18-Feb-04 | 24,514 | 743606 | 05-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605393 | 19-Feb-04 | 10,335 | 743606 | 05-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605392 | 19-Feb-04 | 28,700 | 743606 | 05-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605460 | 22-Feb-04 | 18,622 | 743606 | 05-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605497 | 23-Feb-04 | 25,293 | 743606 | 05-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605629 | 25-Feb-04 | 16 | 744267 | 11-Mar-04 |

| Vendor Name | Invoice Number | Inv Date | Net Inv Amt | Check #/Wire | Date Cleared |
|---|---|---|---|---|---|
| UNIFI MANUFACTURING, INC. | 2605637 | 25-Feb-04 | 7,407 | 744267 | 11-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605644 | 25-Feb-04 | 9,438 | 744267 | 11-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605630 | 25-Feb-04 | 15,944 | 744267 | 11-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605672 | 26-Feb-04 | 25,337 | 744267 | 11-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605636 | 26-Feb-04 | 28,765 | 744267 | 11-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605819 | 01-Mar-04 | 4,022 | 745020 | 19-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605816 | 01-Mar-04 | 23,690 | 745020 | 19-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2606076 | 05-Mar-04 | 25 | 745020 | 19-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2606145 | 08-Mar-04 | 23,758 | 745020 | 19-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2606171 | 08-Mar-04 | 24,839 | 745020 | 19-Mar-04 |
| UNIFI MANUFACTURING, INC. | 4621875 | 02-Mar-04 | 1,025 | 745771 | 26-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2605943 | 03-Mar-04 | 25,469 | 745771 | 26-Mar-04 |
| UNIFI MANUFACTURING, INC. | 4622358 | 08-Mar-04 | 2,013 | 745771 | 26-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2606198 | 09-Mar-04 | 6,407 | 745771 | 26-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2606197 | 09-Mar-04 | 15,394 | 745771 | 26-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2606222 | 09-Mar-04 | 24,248 | 745771 | 26-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2606293 | 10-Mar-04 | 9,502 | 745771 | 26-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2606316 | 11-Mar-04 | 15,867 | 745771 | 26-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2606414 | 12-Mar-04 | 23,441 | 745771 | 26-Mar-04 |
| UNIFI MANUFACTURING, INC. | 2606429 | 14-Mar-04 | 24,442 | 745771 | 26-Mar-04 |
| **UNIFI MANUFACTURING, INC. Total** | | | 1,085,824 | | |